# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAWRENCE GERARD BRUNN,**
Appellant,

v.

**JUPITER MEDICAL CENTER, INC.,**
Appellee.

No. 4D20-1911

[June 24, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502014CA013948.

Stephen Biggie of Arcadier, Biggie & Wood, PLLC, Melbourne, for appellant.

Ignacio J. Garcia and Ina F. Young of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***